**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF brittay Montelaro | COURT CASE NUMBER 26-817 |
| DEFENDANT Zachary City Court ~~[illegible]~~ | TYPE OF PROCESS Summons & Complaint |
| SERVE AT — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Zachary City Court Attn: Judge David Conachen + Deputy Clerk Hanne Ellis | |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 4510 Main St. Zachary LA 70791 | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: 4510 Main st Zachary LA 70791 Zachary City Court Attn: Judge David Conachen Ellis + Deputy Clerk Hanne | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

plantiff is proceeding Pro se and in forma Pauper's. please execute ~~[illegible]~~ personal Service pursuant to federal Rule of Civil Procedure 4(c)(3)

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 225-337-7868 | DATE 7-27-26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 95 | No. 95 | Elizabeth F. Vanley | 8-21-2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Melissa Stagni | 8/31/26 | 1605 ☐ am ☑ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy: Mark Cam[illegible] | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

~~[illegible] 23 miles~~ 46 Miles mc
1 Hour

PID#6

Form USM-285
Rev. 03/21

Civil Action No. 26-cv-817-BAJ-SDJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Melissa Stagni , who is
designated by law to accept service of process on behalf of *(name of organization)* Judge Con a chen
and Deputy clerk Hanna Ellis on *(date)* 31 Aug 2026 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/30/2026

Mark Cannq
*Server's signature*

Mark CANNING - DUSM
*Printed name and title*

777 FLORIDA BR LA,
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| Brittany N. Montelaro | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-817-BAJ-SDJ |
| Start Corporation, et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hanna Ellis
serve wherever found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brittany N. Montelaro
3948 Highway 63
Clinton, LA 70722

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: August 12, 2026

UNITED STATES DISTRICT COURT ★ MIDDLE DISTRICT OF LOUISIANA ★

Elisa Clement

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| Brittany N. Montelaro<br>*Plaintiff(s)*<br>v.<br>Start Corporation, et al<br>*Defendant(s)* | ) | Civil Action No. 26-cv-817-BAJ-SDJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Judge David Conachen
serve wherever found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brittany N. Montelaro
3948 Highway 63
Clinton, LA 70722

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: August 12, 2026

Elisa Clement
*Signature of Clerk or Deputy Clerk*